ANNIE P. GUREVITCH, Individually and as Administratrix of the Estates of MAX GUREVITCH and Another, Deceased, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 31495.)
LEO BLUM et al., Respondents, *v.* STATE OF NEW YORK, Appellant. (Claim No. 31784.)
JOHN N. FOLMAR, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 31828.)
WILFORD CHAVERS, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 31829.)

Argued June 1, 1955; decided July 8, 1955.

*Jacob K. Javits, Attorney-General (John R. Davison* and *Henry S. Manley* of counsel), for appellant.

*Lewis C. Ryan* and *John F. Gates* for Annie P. Gurevitch, respondent.

*Sigmund Schwartz* and *David Perman* for John N. Folmar and another, respondents.

*Benjamin A. Quitt* for Leo Blum and another, respondents.

Judgments affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. DESMOND and DYE, JJ., dissent and vote to reverse and to dismiss the claims.